No. 73–765. INTERNATIONAL LADIES' GARMENT WORKERS' UNION, UPPER SOUTH DEPARTMENT, AFL–

CIO *v.* QUALITY MANUFACTURING CO. ET AL. C. A. 4th Cir. Certiorari granted and case set for oral argument with No. 73–1363, immediately *infra.*